UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

TIMOTHY HEATH FINDLAY,

           Defendant.
_____/

Case: 1:13-cr-20834
Judge: Ludington, Thomas L.
MJ: Binder, Charles E.
Filed: 11-13-2013 At 03:30 PM

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 871(a)
### (Threatening to Kill the President)

In or about March 2012, in the Northern Division of the Eastern District of Michigan, the defendant, **Timothy Heath Findlay**, knowingly and willfully made a threat to take the life of the President of the United States, in violation of 18 U.S.C. § 871(a).

### COUNT 2
### 18 U.S.C. § 871(a)
### (Threatening to Kill the President)

On or about September 13, 2013, in the Northern Division of the Eastern District of Michigan, the defendant, **Timothy Heath Findlay**, knowingly and

willfully made a threat to take the life of the President of the United States, in violation of 18 U.S.C. § 871(a).

Dated: November 13, 2013

BARBARA L. McQUADE
United States Attorney

s/Roy R. Kranz
ROY R. KRANZ   (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan   48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Craig F. Wininger
CRAIG F. WININGER (P57058)
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

This matter was opened in the USAO prior to January 4, 2010.   [ ]

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☑ No | AUSA's Initials: rrk |

**Case Title:** USA v. TIMOTHY HEATH FINDLAY

**County where offense occurred:** Ogemaw

**Check One:**   ☑ Felony   ☐ Misdemeanor   ☐ Petty

  X Indictment/____Information --- **no prior complaint.**
  ____Indictment/____Information --- **based upon prior complaint** [Case number: _____]
  ____Indictment/____Information --- **based upon LCrR 57.10 (d)** [Complete Superseding section below].

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

11-13-13
Date

Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48608
Telephone:  (989) 895-5712
Email: roy.kranz@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013