AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 13-CR-20834-01 |
| | ) | | |
| | ) | | |
| FINDLAY, Timothy Heath | ) | | |
| *Defendant* | | | |

**FILED FEB 14 2019 U.S. DISTRICT COURT BAY CITY, MICHIGAN**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Timothy Heath Findlay ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Offender has failed to report change of address and has failed to report as directed to the probation office. Current whereabouts are unknown.

Date: October 16, 2017

s/Thomas L. Ludington
*Issuing officer's signature*

City and state: Bay City, Michigan

Thomas L. Ludington, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-18-19
at *(city and state)* _____.

Date: 1-18-19

[Signature]
*Arresting officer's signature*

Neetz, Walter F. DUSM
*Printed name and title*